In re Cheramie, Daize (Daes); Dantin, Victoria Cheramie; Cheramie, Linwood B.; *123 Cheramie, Eno; Cheramie, Josephine; Cheramie, Russell Mark; Rodrigue, Willa Mae Cheramie; Cheramie, Clarence Jr.; Plaisance, Gladys Cheramie; Cheramie, Eula Mae Legendre; Cheramie, Palmer; Douglas, May Nell Cheramie; applying for writ of certiorari and/or review; to the Court of Appeal, First Circuit, No. CA-84-0214; Parish of Lafourche, 17th Judicial District Court, Div. “A”, No. 15-147.
Prior Report: La.App., 468 So.2d 810.
Denied.